IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DOMINICK D. PHILLIPS,
      Plaintiff,

vs.                         Case No.: 5:18cv215/MCR/EMT

STATE OF FLORIDA,
      Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated December 10, 2018 (ECF No. 5).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There are no timely filed objections.

Having considered the Report and Recommendation, and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This case is **DISMISSED without prejudice** for Plaintiff's failure to

comply with an order of the Court.

**DONE AND ORDERED** this 9th day of January 2019.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 5:18cv215/MCR/EMT